UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REFRIGERATION SUPPLIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19 CV 2210 RWS |
| | ) | |
| ACADIA INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the joint motion of counsel to appear telephonically for the scheduling conference set for September 5, 2019. In support of this motion, counsel request permission to participate by phone because they are both located outside the state of Missouri where this case was filed. This motion was filed less than one week before the scheduling conference, and more than three weeks after the Order Setting Rule 16 Conference [8] was issued. That Order requires counsel to appear **in person**. [8 at 1]. Despite this requirement, the parties waited until August 30, 2019 to request appearance by telephone. That counsel's offices are located outside the state of Missouri can come as no surprise to these attorneys, just as my Order's requirement of personal appearance was known to counsel long before the motion was filed. As a one-time accommodation only, the Court will grant the motion to appear by telephone, **but in the future all**

**hearings and conferences before this Court require the personal appearance of counsel unless otherwise specifically indicated**.  The Court will not excuse future personal appearances of counsel based on the location of counsels' offices.  **Plaintiff's counsel will be responsible for placing the conference call and shall contact my chambers at 314-244-7430 only after all necessary parties are on the line.  Do not contact my chambers with a passcode or expect this Court to call into a conference number.**

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion to appear telephonically for the Rule 16 conference [13] is granted only to the extent set forth above.  **Plaintiff's counsel will be responsible for placing the conference call and shall contact my chambers at 314-244-7430 only after all necessary parties are on the line.  Do not contact my chambers with a passcode or expect this Court to call into a conference number.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2019.