UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REFRIGERATION SUPPLIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2210 RWS |
| ) | |
| ACADIA INS. CO., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

On Wednesday, March 3, 2021, I spoke with counsel by telephone about picking a new trial date because this case will not go to trial as currently scheduled on April 5, 2021. Counsel were instructed to confer about potential trial dates and contact my office with proposed dates.

Accordingly,

**IT IS HEREBY ORDERED** that **counsel shall file a joint memorandum by no later than March 26, 2021 which sets out mutually agreeable proposed trial dates for this case.**

**IT IS FURTHER ORDERED** that the parties' obligation to file initial pre-trial materials as required by the case management order [Doc. 28] is suspended pending further Order by the Court.

                                        _____
                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2021.