UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REFRIGERATION SUPPLIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2210 RWS |
| ) | |
| ACADIA INS. CO., ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

For the reasons stated on the record during today's pretrial conference,

**IT IS HEREBY ORDERED** that the **jury trial of this matter, currently scheduled for March 7, 2022, is vacated, and a new trial date will be set by further Order of this Court.** The parties' obligation to file their remaining pretrial materials is suspended pending further Order of this Court.

**IT IS FURTHER ORDERED** that defendant shall file its motion in limine addressing the issue of whether the insurance contract limits plaintiff to the replacement cost value as of the date of loss (and any resulting implication of such a ruling) by **March 4, 2022**. **This motion in limine shall also raise any additional legal issues defendant expects the Court to resolve prior to the trial of this matter.** Plaintiff shall file its response to the motion in limine by no later than **March 18, 2022**. **In addition, if plaintiff has any additional legal issues it**

**expects the Court to resolve prior to the trial of this matter, it shall file its own motion in limine by March 4, 2022**.  All responses to any motions in limine shall be filed not later than **March 18, 2022**, and any reply briefs in support of any motions in limine shall be filed not later than **March 25, 2022**.

                                          _/s/ Rodney W. Sippel_
                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2022.