UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REFRIGERATION SUPPLIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2210 RWS |
| ) | |
| ACADIA INS. CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

As plaintiff has not demonstrated that interlocutory appeal of its October 11, 2022 Memorandum and Order is warranted,

**IT IS HEREBY ORDERED** that the "Motion to Amend," more properly denominated as a motion for permission to appeal pursuant to 28 U.S.C. § 1292 [107], is denied.

**IT IS FURTHER ORDERED** that the parties are reminded of their obligation to complete Court-ordered mediation by **December 9, 2022,** as the designation of neutral form completed by the parties [103] does not contain a scheduled mediation date or time ("tbd" is not an acceptable designation).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2022.