UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REFRIGERATION SUPPLIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 2210 RWS |
| ) | |
| ACADIA INS. CO., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER OF STAY**

With the consent of the plaintiff,

**IT IS HEREBY ORDERED** that the motion to vacate and/or for stay [115] is granted, and the trial of this matter, currently set for **January 9, 2023**, is vacated and will be reset following the Eighth Circuit Court of Appeals' resolution of interlocutory appeal proceedings.

**IT IS FURTHER ORDERED** that this case is stayed pending further order of the Court.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  30th  day of November, 2022.